

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| KEITH L. FITZGERALD, | ) | Civil Action No. 7:09-cv-00155 |
|    Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WARDEN LORRETTA KELLY, | ) | By: Hon. James C. Turk |
|    Respondent. | ) | Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that petitioner's motions to amend (No. 19, 23) are **GRANTED**; respondent's motion to dismiss is **GRANTED**; a Certificate of Appealability is **DENIED**; petitioner's motion to appoint counsel (No. 24) is **DENIED as moot**; and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to petitioner and counsel of record for the respondent.

ENTER: This 26th day of February, 2010.

/s/ James C. Turk
Senior United States District Judge